# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00003-CV

**In re Lana Stevens**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the temporary stay imposed by this Court is lifted. *See* Tex. R. App. P. 52.8(a), .10(b).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: August 31, 2022